UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

                                     Criminal No. 21-CR-20760

v.

                                  HONORABLE NANCY G. EDMUNDS

JOHN KIRKPATRICK, et al.,

    Defendants.
                                   /

**GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT, ARREST WARRANT AND SUMMONS**

The United States of America hereby moves for an order unsealing the Indictment, Arrest Warrant and Summons in this case, and states:

1. The Indictment in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, arrest warrants and summons, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment, Arrest Warrant and Summons be unsealed because defendants have been arrested or

appearing voluntarily and are entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment, Arrest Warrant and Summons.

Respectfully submitted,

Dawn N. Ison
United States Attorney

*s/Alison Furtaw*
Alison Furtaw
Assistant Unites States Attorney
211 W. Fort St, Suite 2001
Detroit, MI 48226
Alison.furtaw@usdoj.gov
313-226-0206

Dated: January 28, 2022

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
Honorable Elizabeth A. Stafford
United States Magistrate Judge

Entered: January 28, 2022