UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

Case No. 21-cr-20760

Honorable Nancy G. Edmunds

D-1  John Kirkpatrick, M.D.,
D-2  Roland Williams,

        Defendants.
_____/

## FIRST FORFEITURE BILL OF PARTICULARS

The United States of America, by and through its counsel, submits this First Forfeiture Bill of Particulars, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure to provide notice of specific property which the United States intends to forfeit upon conviction, pursuant to 21 U.S.C. § 853, as set forth in the Indictment (ECF No. 1), including, but not limited to the following:

    a. $133,370 U.S. Currency; and

    b. $48,895 U.S. Currency in Citizens Bank Safe Deposit Box 0000697-9.

This notice neither limits the United States from seeking the forfeiture of additional specific property nor limits the United States from seeking the imposition of a forfeiture money judgment or seeking the forfeiture of substitute assets pursuant to 21 U.S.C. § 853(p).

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney


        s/Catherine Morris
        CATHERINE MORRIS
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, Michigan 48226
        (313) 226-9562
        Catherine.morris@usdoj.gov
        P-84371

Dated: March 10, 2022

## *CERTIFICATION OF SERVICE*

I hereby certify that on March 10, 2022, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will electronically serve all ECF participants.

                                          s/Catherine Morris
                                          CATHERINE MORRIS
                                          Assistant United States Attorney
                                          211 W. Fort Street, Suite 2001
                                          Detroit, Michigan 48226
                                          (313) 226-9562
                                          Catherine.morris@usdoj.gov
                                          P-84371